IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| BONNIE KRAMER, Individually<br>     Plaintiff, | §<br>§<br>§ | |
| v. | § | CIVIL ACTION NO. 1:13-CV-673 |
| | § | |
| HG REALTY, INC.,<br>A Domestic Corporation,<br>     Defendant. | §<br>§<br>§<br>§ | |

## STIPULATED EXTENSION OF THE DEADLINE TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COME NOW Bonnie Kramer, Plaintiff, and HG Realty, Inc., Defendant, and hereby stipulate to an extension of the deadline for Defendant to answer or otherwise respond to the Complaint filed on or about August 10, 2013, in the above-styled case, from September 26, 2013 to October 17, 2013.

Respectfully submitted,

HOHMANN, TAUBE & SUMMERS, L.L.P.

By: */s/ Paul Matula*
　　　Eric J. Taube
　　　State Bar No. 19679350
　　　Paul Matula
　　　State Bar No. 13234354
　　　100 Congress Avenue, Suite 1800
　　　Austin, Texas 78701
　　　Telephone:  512/472-5997
　　　Telecopier:  512/472-5248
　　　erict@hts-law.com; paulm@hts-law.com

ATTORNEYS FOR DEFENDANT

1

00261009.000.DOCX

By:/s/ Pete M. Monismith
Pete M. Monismith
3945 Forbes Ave., Suite 175
Pittsburgh, PA 15213
Telephone:   724/610-1881
Telecopier:   412/258-1309
pete@monismithlaw.com

ATTORNEYS FOR PLAINTIFF

2

00261009.000.DOCX